COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Ex parte Arelius Alphonsa McGregor

Appellate case number:    01-18-00346-CR

Trial court case number:   1570410-A

Trial court:                 180th District Court of Harris County

This Court's May 8, 2018 Order had requested briefing in this accelerated appeal from the trial court's March 26, 2018 order denying appellant's pretrial habeas application in which he is challenging Texas Penal Code Section 21.16(b) as facially unconstitutional. *See* TEX. R. APP. P. 31.1. On May 29, 2018, appellant's brief was filed, noting that the main issue in this case is pending in several sister courts of appeals, including the Tyler Court of Appeals which found Section 21.16(b) facially unconstitutional. *See Ex parte Jordan Bartlett Jones*, No. 12-17-00346-CR, — S.W.3d —, 2018 WL 2228888, at *9 (Tex. App.—Tyler May 16, 2018, pet. granted). The State's brief and appellant's reply brief both noted that the State filed a petition for discretionary review in *Jones* on May 16, 2018. The Court of Criminal Appeals granted the State's petition on July 25, 2018, and granted the State's extension to file its brief until September 10, 2018. *See Ex parte Jones*, No. PD-0552-18 (Tex. Crim. App. Aug. 23, 2018, order).

This Court agrees that the main issue in this appeal regarding the facial constitutionality of Section 21.16(b) is pending before the Court of Criminal Appeals and, therefore, that abatement is warranted. *See, e.g.*, *In re Marriage of A.L.F.L.*, No. 04-14-00364-CV, 2014 WL 4357457, at *1 (Tex. App.—San Antonio Aug. 13, 2014, Corrected Order) (noting that appellate court had previously granted appellant's motion to abate appeal pending Texas Supreme Court's resolution of similar issue). Accordingly, this Court sua sponte **abates** this appeal and **directs** the Clerk of this Court to treat it as a closed case, and to remove it from this Court's active docket. This appeal will be reinstated on this Court's active docket after the Court of Criminal Appeals decides *Ex parte Jones*. This Court will also consider a motion to reinstate filed by either party.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley _____

☑ Acting individually    ☐ Acting for the Court

Date: _August 28, 2018_____